Entered: May 23rd, 2025
Signed: May 23rd, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: <br> KAMLA PACK, <br>     Debtor. <br> _____ <br> PENNYMAC LOAN SERVICES, LLC, Movant, <br> v. <br> KAMLA PACK, Debtor/Respondent, <br> and <br> JADE M. PACK, <br> MICHAEL A PACK, Co-Debtors/Co-Respondents, <br> and <br> REBECCA A. HERR, Trustee/Respondent. | Case No. 25-10594-MCR <br><br> Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY

Upon review of the Motion for Relief from the Automatic Stay and Co-Debtor Stay (ECF No. 16) filed herein by PennyMac Loan Services, LLC ("**Movant**"), and in the absence of any opposition thereto, it is

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362(a) and Co-Debtor Stay imposed by 11 U.S.C. § 1301(a) are TERMINATED, to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 12179 Fallen Timbers Cir, Hagerstown, MD 21740 (the "**Property**"), and to allow the purchaser or transferee to obtain possession of same; and is further,

**ORDERED**, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be re-imposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

BWW#:MD-370986

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

James R Logan
2419 Maryland Avenue
Baltimore, MD 21218

Michael A Pack
12179 Fallen Timbers Cir
Hagerstown, MD 21740

Jade M. Pack
12179 Fallen Timbers Cir
Hagerstown, MD 21740

Kamla Pack
12179 Fallen Timbers Circle
Hagerstown, MD 21740

**END OF ORDER**